1  **WANGER JONES HELSLEY PC**
   265 E. River Park Circle, Suite 310
2  Post Office Box 28340
   Fresno, California   93720
3  Telephone:  (559) 233-4800
   Facsimile:  (559) 233-9330
4
5  Timothy Jones #119841
   John P. Kinsey #215916
6  Michael J. Fletcher #272057

7  Attorneys for:   Plaintiff Cedar and Nees LP

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11
   CEDAR AND NEES LP, a California           Case No. 1:12-CV-00030-LJO-GSA
12 limited partnership,
                                             **STIPULATION AND ORDER TO**
13            Plaintiff,                     **CONTINUE MANDATORY**
                                             **SCHEDULING CONFERENCE**
14       v.

15 CHRIS AND KEN ENTERPRISES, INC.,
   a California corporation, CHRIS
16 BEASTON, an individual, KEN
   BEASTON, an individual, and DOES 1
17 through 30, inclusive,

18            Defendants.

19
   CHRIS AND KEN ENTERPRISES, INC.,
20 a California corporation,

21            Counter-claimant,

22       v.

23 TECHNICHEM, INC, a California
   corporation, AGRI-CENTER
24 INSURANCE AGENCY, INC. a
   California corporation, ANDURANCE
25 AMERICAN SPECIALTY INSURANCE
   COMPANY, a California corporation, and
26 DOES 1 through 50, inclusive,

27            Counter-defendants.

28

{7177/002/00356582.DOC }                     1

1  **WHEREAS** on January 5, 2012, Plaintiff Cedar and Nees LP ("Cedar & Nees") filed its Complaint in this action against Defendants and Cross-Complainants Chris and Ken Enterprises, Inc.; Chris Beaston; and Ken Beaston (collectively "Chris & Ken").  (ECF Doc. No. 1.)

**WHEREAS** on February 15, 2012, Chris & Ken filed their Answer to the Complaint.  (ECF Doc. No. 11.)

**WHEREAS** on February 15, 2012, Chris & Ken also filed their Counterclaim against Technichem, Inc., Agri-Center Insurance Agency, Inc. and Endurance American Specialty Insurance Company (collectively "Counter-Defendants").  (ECF Doc. No. 12.)

**WHEREAS**, pursuant to this Court's Order Setting Mandatory Scheduling Conference, (ECF Doc. No. 6), as modified by its January 12, 2012, Minute Order, (ECF Doc. No. 9), this Court has scheduled the Mandatory Scheduling Conference for April 5, 2012, at 9:00 a.m. in Courtroom 10.

**WHEREAS** Counter-Defendants have not yet appeared in the action.

**WHEREAS** Chris & Ken has advised that service on all Counter-Defendants should be completed within the next two to four weeks.

**WHEREAS** Cedar & Nees and Chris & Ken believe it would be most efficient for the parties to wait until after such time as Counter-Defendants have appeared in this action to (1) conduct the Mandatory Scheduling Conference, (2) perform their conferences pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure, and (3) file a Joint Scheduling Conference Statement.

**WHEREAS** Cedar & Nees and Chris & Ken have agreed to stipulate to continue the Mandatory Scheduling Conference to June 14, 2011, to allow Counter-Defendants to participate in the Mandatory Scheduling Conference.

**IT IS HEREBY STIPULATED**, by and between Cedar & Nees and Chris & Ken, by and through their respective counsel, that:

///

///

1. The Mandatory Scheduling Conference in this Action, previously scheduled for April 5, 2012, should be continued to June 14, 2012, at 9:00 a.m. or such time as may be set by the Court, in Courtroom 10.

DATED: March 21, 2012                WANGER JONES HELSLEY PC


By: /s/ John P. Kinsey
Timothy Jones,
John P. Kinsey,
Michael J. Fletcher
Attorneys for Plaintiff
Cedar and Nees, LP

DATED: March 21, 2012                BAKER MANOCK & JENSEN, PC


By: /s/ Charles K. Manock
Charles K. Manock
Attorneys for Defendants
Ken Beaston, Chris Beaston
Chris and Ken Enterprises, Inc.

### ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference in this action, previously scheduled for April 5, 2012, shall be continued to *June 13, 2012, at 9:00 a.m.* in Courtroom 10.

IT IS SO ORDERED.

Dated: **March 23, 2012**                **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE