**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916
Michael J. Fletcher #272057

Attorneys for:   Plaintiff Cedar and Nees LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR AND NEES LP, a California limited partnership,<br><br>            Plaintiff,<br><br>     v.<br><br>CHRIS AND KEN ENTERPRISES, INC., a California corporation, CHRIS BEASTON, an individual, KEN BEASTON, an individual, and DOES 1 through 30, inclusive,<br><br>            Defendants.<br><br>CHRIS AND KEN ENTERPRISES, INC., a California corporation,<br><br>            Counter-claimant,<br><br>     v.<br><br>TECHNICHEM, INC, a California corporation, AGRI-CENTER INSURANCE AGENCY, INC. a California corporation, ANDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, a California corporation, and DOES 1 through 50, inclusive,<br><br>            Counter-defendants. | Case No. 1:12-CV-00030-LJO-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

{7177/002/00356582.DOC }                              1

1  **WHEREAS** on January 5, 2012, Plaintiff Cedar and Nees LP ("Cedar & Nees")
2  filed its Complaint in this action against Defendants and Cross-Complainants Chris and Ken
3  Enterprises, Inc.; Chris Beaston; and Ken Beaston (collectively "Chris & Ken"). (ECF Doc.
4  No. 1.)

5  **WHEREAS** on February 15, 2012, Chris & Ken filed their Answer to the
6  Complaint. (ECF Doc. No. 11.)

7  **WHEREAS** on February 15, 2012, Chris & Ken also filed their Counterclaim
8  against Technichem, Inc., Agri-Center Insurance Agency, Inc. and Endurance American
9  Specialty Insurance Company (collectively "Counter-Defendants"). (ECF Doc. No. 12.)

10 **WHEREAS**, pursuant to this Court's Order Setting Mandatory Scheduling
11 Conference, (ECF Doc. No. 6), as modified by its January 12, 2012, Minute Order, (ECF Doc.
12 No. 9), this Court has scheduled the Mandatory Scheduling Conference for April 5, 2012, at
13 9:00 a.m. in Courtroom 10.

14 **WHEREAS** Counter-Defendants have not yet appeared in the action.

15 **WHEREAS** Chris & Ken has advised that service on all Counter-Defendants
16 should be completed within the next two to four weeks.

17 **WHEREAS** Cedar & Nees and Chris & Ken believe it would be most efficient
18 for the parties to wait until after such time as Counter-Defendants have appeared in this action
19 to (1) conduct the Mandatory Scheduling Conference, (2) perform their conferences pursuant
20 to Rules 16 and 26 of the Federal Rules of Civil Procedure, and (3) file a Joint Scheduling
21 Conference Statement.

22 **WHEREAS** Cedar & Nees and Chris & Ken have agreed to stipulate to
23 continue the Mandatory Scheduling Conference to June 14, 2011, to allow Counter-Defendants
24 to participate in the Mandatory Scheduling Conference.

25 **IT IS HEREBY STIPULATED**, by and between Cedar & Nees and Chris &
26 Ken, by and through their respective counsel, that:
27 ///
28 ///

1. The Mandatory Scheduling Conference in this Action, previously scheduled for April 5, 2012, should be continued to June 14, 2012, at 9:00 a.m. or such time as may be set by the Court, in Courtroom 10.

DATED: March 21, 2012                WANGER JONES HELSLEY PC

By:   /s/ John P. Kinsey
    Timothy Jones,
    John P. Kinsey,
    Michael J. Fletcher
    Attorneys for Plaintiff
    Cedar and Nees, LP

DATED: March 21, 2012                BAKER MANOCK & JENSEN, PC

By:   /s/ Charles K. Manock
    Charles K. Manock
    Attorneys for Defendants
    Ken Beaston, Chris Beaston
    Chris and Ken Enterprises, Inc.

### ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference in this action, previously scheduled for April 5, 2012, shall be continued to *June 13, 2012, at 9:00 a.m.* in Courtroom 10.

IT IS SO ORDERED.

Dated:  **March 23, 2012**                **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE