1

**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
2
Post Office Box 28340
Fresno, California   93720
3
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330
4

5
Timothy Jones #119841
John P. Kinsey #215916
6
Michael J. Fletcher #272057

7
Attorneys for:   Plaintiff Cedar and Nees LP

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11
CEDAR AND NEES LP, a California          Case No. 1:12-CV-00030-LJO-GSA
12
limited partnership,
                                         **STIPULATION AND ORDER TO**
13              Plaintiff,               **CONTINUE MANDATORY**
                                         **SCHEDULING CONFERENCE**
14      v.

15
CHRIS AND KEN ENTERPRISES, INC.,
16
a California corporation, CHRIS
BEASTON, an individual, KEN
17
BEASTON, an individual, and DOES 1
through 30, inclusive,
18
                Defendants.
19

20
CHRIS AND KEN ENTERPRISES, INC.,
a California corporation,
21
                Counter-claimant,
22
        v.
23
TECHNICHEM, INC, a California
24
corporation, AGRI-CENTER
INSURANCE AGENCY, INC. a
25
California corporation, ANDURANCE
AMERICAN SPECIALTY INSURANCE
26
COMPANY, a California corporation, and
DOES 1 through 50, inclusive,
27
                Counter-defendants.
28

**WHEREAS** on January 5, 2012, Plaintiff Cedar and Nees LP ("Cedar & Nees") filed its Complaint in this action against Defendants and Cross-Complainants Chris and Ken Enterprises, Inc.; Chris Beaston; and Ken Beaston (collectively "Chris & Ken").  (ECF Doc. No. 1.)

**WHEREAS** on February 15, 2012, Chris & Ken filed their Answer to the Complaint.  (ECF Doc. No. 11.)

**WHEREAS** on February 15, 2012, Chris & Ken also filed their Counterclaim against Technichem, Inc., Agri-Center Insurance Agency, Inc.   and Endurance American Specialty Insurance Company (collectively "Counter-Defendants").  (ECF Doc. No. 12.)

**WHEREAS**, this Court's Order Setting Mandatory Scheduling Conference, (ECF Doc. No. 6), as modified by its January 12, 2012, Minute Order, (ECF Doc. No. 9), scheduled the Mandatory Scheduling Conference for April 5, 2012, at 9:00 a.m. in Courtroom 10.

**WHEREAS** the parties previously stipulated to continue the Initial Scheduling Conference to June 13, 2012;

**WHEREAS** on June 13, 2012, the Court continued the Initial Scheduling Conference to August 8, 2012, to allow the parties to continue settlement discussions, (ECF Doc. No. 18);

**WHEREAS** Counter-Defendants have not yet appeared in the action.

**WHEREAS** Cedar & Nees and Chris & Ken believe it would be most efficient for the parties to continue the Initial Scheduling Conference by another 30-days to allow the parties to continue their settlement discussions, and to provide Chris & Ken additional time to serve the Counter-Defendants.

**WHEREAS** Cedar & Nees and Chris & Ken have agreed to stipulate to continue the Mandatory Scheduling Conference to September 19, 2012.

**IT IS HEREBY STIPULATED**, by and between Cedar & Nees and Chris & Ken, by and through their respective counsel, that:

///

1.     The Mandatory Scheduling Conference in this Action, previously scheduled for August 8, 2012, should be continued to September 12, 2012, at 9:00 a.m. or such time as may be set by the Court, in Courtroom 10.

DATED:  August 1, 2012            WANGER JONES HELSLEY PC

                                     By:     /s/ John P. Kinsey
                                              Timothy Jones,
                                              John P. Kinsey,
                                              Michael J. Fletcher
                                              Attorneys for Plaintiff
                                              Cedar and Nees, LP

DATED:  August 1, 2012            BAKER MANOCK & JENSEN, PC

                                     By:     /s/ Charles K. Manock
                                              Charles K. Manock
                                              Attorneys for Defendants
                                              Ken Beaston, Chris Beaston
                                              Chris and Ken Enterprises, Inc.

## ORDER

    The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

    **IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference in this action, previously scheduled for August 8, 2012, shall be continued to September 12, 2012, at 9:00 a.m. in Courtroom 10.

IT IS SO ORDERED.

    Dated:  **August 2, 2012**                 **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE