1    **WANGER JONES HELSLEY PC**
      265 E. River Park Circle, Suite 310
2    Post Office Box 28340
      Fresno, California   93720
3    Telephone:  (559) 233-4800
      Facsimile:  (559) 233-9330
4
5    Timothy Jones #119841
      John P. Kinsey #215916
6    Michael J. Fletcher #272057

7    Attorneys for:   Plaintiff Cedar and Nees LP

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   CEDAR AND NEES LP, a California          Case No. 1:12-CV-00030-LJO-GSA
12   limited partnership,
                                               **STIPULATION AND ORDER TO**
13                    Plaintiff,               **CONTINUE MANDATORY**
                                               **SCHEDULING CONFERENCE**
14           v.

15   CHRIS AND KEN ENTERPRISES, INC.,
      a California corporation, CHRIS
16   BEASTON, an individual, KEN
      BEASTON, an individual, and DOES 1
17   through 30, inclusive,

18                    Defendants.

19   ─────────────────────────────
      CHRIS AND KEN ENTERPRISES, INC.,
20   a California corporation,

21                    Counter-claimant,

22           v.

23   TECHNICHEM, INC, a California
      corporation, AGRI-CENTER
24   INSURANCE AGENCY, INC. a
      California corporation, ANDURANCE
25   AMERICAN SPECIALTY INSURANCE
      COMPANY, a California corporation, and
26   DOES 1 through 50, inclusive,

27                    Counter-defendants.
      ─────────────────────────────
28

**WHEREAS** on January 5, 2012, Plaintiff Cedar and Nees LP ("Cedar & Nees") filed its Complaint in this action against Defendants and Cross-Complainants Chris and Ken Enterprises, Inc.; Chris Beaston; and Ken Beaston (collectively "Chris & Ken").  (ECF Doc. No. 1.)

**WHEREAS** on February 15, 2012, Chris & Ken filed their Answer to the Complaint.  (ECF Doc. No. 11.)

**WHEREAS** on February 15, 2012, Chris & Ken also filed their Counterclaim against Technichem, Inc., Agri-Center Insurance Agency, Inc.  and Endurance American Specialty Insurance Company (collectively "Counter-Defendants").  (ECF Doc. No. 12.)

**WHEREAS**, this Court's Order Setting Mandatory Scheduling Conference, (ECF Doc. No. 6), as modified by its January 12, 2012, Minute Order, (ECF Doc. No. 9), scheduled the Mandatory Scheduling Conference for April 5, 2012, at 9:00 a.m. in Courtroom 10.

**WHEREAS** the parties previously stipulated to continue the Initial Scheduling Conference to June 13, 2012;

**WHEREAS** on June 13, 2012, the Court continued the Initial Scheduling Conference to August 8, 2012, to allow the parties to continue settlement discussions, (ECF Doc. No. 18);

**WHEREAS** Counter-Defendants have not yet appeared in the action.

**WHEREAS** Cedar & Nees and Chris & Ken believe it would be most efficient for the parties to continue the Initial Scheduling Conference by another 30-days to allow the parties to continue their settlement discussions, and to provide Chris & Ken additional time to serve the Counter-Defendants.

**WHEREAS** Cedar & Nees and Chris & Ken have agreed to stipulate to continue the Mandatory Scheduling Conference to September 19, 2012.

**IT IS HEREBY STIPULATED**, by and between Cedar & Nees and Chris & Ken, by and through their respective counsel, that:

///

STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE

1      1.     The Mandatory Scheduling Conference in this Action, previously scheduled for

2  August 8, 2012, should be continued to September 12, 2012, at 9:00 a.m. or such time as may

3  be set by the Court, in Courtroom 10.

4  DATED:  August 1, 2012            WANGER JONES HELSLEY PC

5

6                              By:   /s/ John P. Kinsey

7                                   Timothy Jones,
John P. Kinsey,

8                                   Michael J. Fletcher
Attorneys for Plaintiff
Cedar and Nees, LP

9

10  DATED:  August 1, 2012           BAKER MANOCK & JENSEN, PC

11

12                              By:   /s/ Charles K. Manock

13                                   Charles K. Manock
Attorneys for Defendants

14                                   Ken Beaston, Chris Beaston
Chris and Ken Enterprises, Inc.

15

16

17

18                                   **<u>ORDER</u>**

19          The Court having reviewed the foregoing Stipulation, and good cause appearing

20  therefor:

21          **IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference in this

22  action, previously scheduled for August 8, 2012, shall be continued to September 12, 2012, at

23  9:00 a.m. in Courtroom 10.

24

25

26

27  IT IS SO ORDERED.

28    Dated:  **August 2, 2012**                **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE