1  **WANGER JONES HELSLEY PC**
   265 E. River Park Circle, Suite 310
2  Post Office Box 28340
   Fresno, California   93720
3  Telephone:  (559) 233-4800
   Facsimile:  (559) 233-9330
4

5  Timothy Jones #119841
   John P. Kinsey #215916
6  Michael J. Fletcher #272057

7

8  Attorneys for:   Plaintiff Cedar and Nees LP

9                **UNITED STATES DISTRICT COURT**

10               **EASTERN DISTRICT OF CALIFORNIA**

11

12 CEDAR AND NEES LP, a California          Case No. 1:12-CV-00030-LJO-GSA
   limited partnership,
13                                          **STIPULATION AND ORDER TO**
              Plaintiff,                    **CONTINUE MANDATORY**
14                                          **SCHEDULING CONFERENCE**
       v.
15
   CHRIS AND KEN ENTERPRISES, INC.,
16 a California corporation, CHRIS
   BEASTON, an individual, KEN
17 BEASTON, an individual, and DOES 1
   through 30, inclusive,
18
              Defendants.
19 _____

20 CHRIS AND KEN ENTERPRISES, INC.,
   a California corporation,
21
              Counter-claimant,
22
       v.
23
   TECHNICHEM, INC, a California
24 corporation, AGRI-CENTER
   INSURANCE AGENCY, INC. a
25 California corporation, ANDURANCE
   AMERICAN SPECIALTY INSURANCE
26 COMPANY, a California corporation, and
   DOES 1 through 50, inclusive,
27
              Counter-defendants.
28 _____

{7177/002/00373938.DOC }                    1

1
2
3
4

**WHEREAS** on January 5, 2012, Plaintiff Cedar and Nees LP ("Cedar & Nees") filed its Complaint in this action against Defendants and Cross-Complainants Chris and Ken Enterprises, Inc.; Chris Beaston; and Ken Beaston (collectively "Chris & Ken"). (ECF Doc. No. 1.)

5
6

**WHEREAS** on February 15, 2012, Chris & Ken filed their Answer to the Complaint. (ECF Doc. No. 11.)

7
8
9

**WHEREAS** on February 15, 2012, Chris & Ken also filed their Counterclaim against Technichem, Inc., Agri-Center Insurance Agency, Inc.  and Endurance American Specialty Insurance Company (collectively "Counter-Defendants"). (ECF Doc. No. 12.)

10
11
12
13

**WHEREAS**, this Court's Order Setting Mandatory Scheduling Conference, (ECF Doc. No. 6), as modified by its January 12, 2012, Minute Order, (ECF Doc. No. 9), scheduled the Mandatory Scheduling Conference for April 5, 2012, at 9:00 a.m. in Courtroom 10.

14
15

**WHEREAS** the parties previously stipulated to continue the Initial Scheduling Conference to June 13, 2012;

16
17
18

**WHEREAS** on June 13, 2012, the Court continued the Initial Scheduling Conference to August 8, 2012, to allow the parties to continue settlement discussions, (ECF Doc. No. 18);

19
20

**WHEREAS** the parties subsequently stipulated to continue the Initial Scheduling Conference to September 12, 2012, (see Doc. 20);

21
22
23
24

**WHEREAS** Cedar & Nees and Chris & Ken believe it would be most efficient for the parties to continue the Initial Scheduling Conference by 45-days to allow the parties to continue their settlement discussions, and to provide Chris & Ken additional time to serve the Counter-Defendants.

25
26

**WHEREAS** Cedar & Nees and Chris & Ken have agreed to stipulate to continue the Mandatory Scheduling Conference to October 24, 2012.

27
28

**IT IS HEREBY STIPULATED**, by and between Cedar & Nees and Chris & Ken, by and through their respective counsel, that:

1    1.    The Mandatory Scheduling Conference in this Action, previously scheduled for September 12, 2012, should be continued to October 24, 2012, at 9:00 a.m. or such time as may be set by the Court, in Courtroom 10.

DATED:  September 5, 2012        WANGER JONES HELSLEY PC


By:   /s/ John P. Kinsey
      Timothy Jones,
      John P. Kinsey,
      Michael J. Fletcher
      Attorneys for Plaintiff
      Cedar and Nees, LP

DATED:  September 5, 2012        BAKER MANOCK & JENSEN, PC


By:   /s/ Charles K. Manock
      Charles K. Manock
      Attorneys for Defendants
      Ken Beaston, Chris Beaston
      Chris and Ken Enterprises, Inc.

### ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference in this action, previously scheduled for September 12, 2012, shall be continued to October 24, 2012, at 9:00 a.m. in Courtroom 10.


IT IS SO ORDERED.

Dated:   **September 6, 2012**        **/s/ Gary S. Austin**
          UNITED STATES MAGISTRATE JUDGE