**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916
David E. Cameron #278061

Attorneys for:   Plaintiff Cedar and Nees LP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR AND NEES LP, a California limited partnership,<br><br>    Plaintiff,<br><br>        v.<br><br>CHRIS AND KEN ENTERPRISES, INC., a California corporation, CHRIS BEASTON, an individual, KEN BEASTON, an individual, and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No. 1:12-CV-00030-LJO-GSA<br><br>**JUDGMENT PURSUANT TO STIPULATION** |
| CHRIS AND KEN ENTERPRISES, INC., a California corporation,<br><br>    Counter-claimant,<br><br>        v.<br><br>TECHNICHEM, INC, a California corporation, AGRI-CENTER INSURANCE AGENCY, INC. a California corporation, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, a California corporation, and DOES 1 through 50, inclusive,<br><br>    Counter-defendants. | |

{7177/002/00400609.DOC}                                1
_____
JUDGMENT PURSUANT TO STIPULATION

1           Pursuant to the Stipulation Regarding Settlement and for Entry of Judgment endorsed by the Court on May 8, 2013, judgment is hereby rendered in favor of Plaintiff Cedar and Nees, LP., and against Defendants CHRIS AND KEN ENTERPRISES, INC., a California corporation, CHRIS BEASTON, an individual, KEN BEASTON, an individual, and each of them, for the principle sum of $55,000.00 at an interest rate of 6% per annum.

          The clerk is directed to close this action.

IT IS SO ORDERED.

  Dated:  **May 8, 2013**                      **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE