**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916
David E. Cameron #278061

Attorneys for:   Plaintiff Cedar and Nees LP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR AND NEES LP, a California limited partnership,<br><br>            Plaintiff,<br><br>     v.<br><br>CHRIS AND KEN ENTERPRISES, INC., a California corporation, CHRIS BEASTON, an individual, KEN BEASTON, an individual, and DOES 1 through 30, inclusive,<br><br>            Defendants. | Case No. 1:12-CV-00030-LJO-GSA<br><br>**JUDGMENT PURSUANT TO STIPULATION** |
| CHRIS AND KEN ENTERPRISES, INC., a California corporation,<br><br>            Counter-claimant,<br><br>     v.<br><br>TECHNICHEM, INC, a California corporation, AGRI-CENTER INSURANCE AGENCY, INC. a California corporation, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, a California corporation, and DOES 1 through 50, inclusive,<br><br>            Counter-defendants. | |

{7177/002/00400609.DOC}                                    1

―――――――――――――――――――――――――――――――――――――――――――
JUDGMENT PURSUANT TO STIPULATION

1  Pursuant to the Stipulation Regarding Settlement and for Entry of Judgment
2  endorsed by the Court on May 8, 2013, judgment is hereby rendered in favor of Plaintiff Cedar
3  and Nees, LP., and against Defendants CHRIS AND KEN ENTERPRISES, INC., a California
4  corporation, CHRIS BEASTON, an individual, KEN BEASTON, an individual, and each of
5  them, for the principle sum of $55,000.00 at an interest rate of 6% per annum.
6  The clerk is directed to close this action.

9  IT IS SO ORDERED.
10  Dated:   **May 8, 2013**              **/s/ Lawrence J. O'Neill**
11                                          UNITED STATES DISTRICT JUDGE